IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID R. GLOVER,           )<br>                             )<br>          Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br> JO ANNE B. BARNHART,        )<br> COMMISSIONER OF SOCIAL      )<br> SECURITY ADMINISTRATION,    )<br>                             )<br>          Defendant.        ) | 8:04CV561<br><br>**MEMORANDUM<br>AND ORDER** |

This matter is before the court on Plaintiff's motion (filing 13) to extend the time within which he may file his opening brief.[1] I find that the motion should be granted.

IT IS ORDERED:

1. Plaintiff's motion for an extension of time within which to file its brief (filing 13) is granted, and the previously established briefing schedule is amended as follows;

2. Defendant shall submit a brief by July 5, 2005;

3. Plaintiff may submit a reply brief by July 26, 2005; and

4. The case shall be ripe for decision on July 27, 2005.

DATED this 1st day of June, 2005.

BY THE COURT:
s/Richard G. Kopf
United States District Judge

---

[1] Plaintiff's motion was filed on May 31, 2005, and his brief was submitted that same day. Plaintiff's brief was originally due on May 27, 2005.