IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID R. GLOVER, ) | |
| ) | 8:04CV561 |
| Plaintiff, ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Defendant's unopposed motion for an extension of time within which to file its brief (filing 18). I find that the motion should be granted.

IT IS ORDERED:

1. Defendant's motion for an extension of time within which to file its brief (filing 18) is granted, and the previously established briefing schedule is amended as follows;

2. Defendant shall submit a brief by August 4, 2005;

3. Plaintiff may submit a reply brief by August 18, 2005; and

4. The case shall be ripe for decision on August 19, 2005.

June 30, 2005.

BY THE COURT:
*s/Richard G. Kopf*
United States District Judge