IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID R. GLOVER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv561 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Numbers 27 and 28 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 27 from the record. The attorney will re-file the appropriate document.

DATED this 29th day of September, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge